[redacted]

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Kelly F. Carlson,

*Plaintiff,*

v.

Case No. 0:26−cv−03521−JMB−DLM

Capital Recovery Corporation,

*Defendant.*

**SUMMONS IN A CIVIL ACTION**

To: Capital Recovery Corporation

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael Sheridan
2006 1st Ave N.
Suite 206
Anoka, MN
55303

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By: Kate M. Fogarty

U.S. DISTRICT COURT DISTRICT OF MINNESOTA

Kate M. Fogarty, Clerk of Court

Date of Issuance: August 5, 2026

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **0:26–cv–03521–JMB–DLM**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Capital Recovery Corporation** was received by me on **8/10/2026:**

☐ I personally served the **SUMMONS; COMPLAINT** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Liz BURKE**, who is designated by law to accept service of process on behalf of **Capital Recovery Corporation** at **1010 Dale St N, Saint Paul, MN 55117-5603** on **08/10/2026 at 9:11 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 88.00** for services, for a total of **$ 88.00**.

I declare under penalty of perjury that this information is true.

Date: 08/10/2026

[signature]

*Server's signature*

**Olanrewaju Bakare**

*Printed name and title*

**7030 Jenner Circle S**
**Cottage Grove, MN 55016**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT, to Liz BURKE who identified themselves as the person authorized to accept. The individual appeared to be a gray-haired white female contact 55-65 years of age, 5'4"-5'6" tall and weighing 140-160 lbs with glasses.**

Tracking #: **0236312581**